**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Mark A. Kirsch
Direct: +1 212.351.2662
Fax: +1 212.351.6362
MKirsch@gibsondunn.com

May 21, 2021

<u>VIA ELECTRONIC FILING</u>

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Manbro Energy Corp. v. Chatterjee Advisors, LLC et al.*, No. 20-cv-3773 (LGS)

Dear Judge Schofield:

Pursuant to Paragraph 11 of the Stipulation and Order of Confidentiality dated October 21, 2020, Dkt. 51 ("Confidentiality Order") (which incorporates the Court's Individual Rule I(D)(3)), I write on behalf of Defendants to request that Defendants' response (the "Response") to Plaintiff's May 20, 2021 letter (Dkt. 67) be filed under seal. Defendants' Response references Confidential Information or Discovery Material, as defined in the Confidentiality Order, that has been produced in this case. Parties and attorneys of record who should have access to the sealed document are listed in Appendix A.

Respectfully,

*/s/ Mark A. Kirsch*

Mark A. Kirsch

cc:  All Counsel of Record

Defendants' application is DENIED. Defendants provide in their June 14, 2021, letter (Dkt. No. 101) that they filed this sealing application because their reply (Dkt. No. 70) included material designated by Plaintiff as confidential. In the June 8, 2021, Order (Dkt. No. 96), Plaintiff was provided with an opportunity to respond to Defendants' application by June 14, 2021. Plaintiff did not file a response.

The Clerk of Court is respectfully directed to unseal the reply at Dkt. No. 70 and to terminate the motion at Dkt. No. 69.

Dated: June 15, 2021
       New York, New York

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**