UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MANBRO ENERGY CORPORATION,           :
                                  Plaintiff,  :      20 Civ. 3773 (LGS)
                                           :
              -against-              :      ORDER
                                           :
CHATTERJEE ADVISORS, LLC, et al.,    :
                              Defendants. :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the Third Amended Civil Case Management Plan and Scheduling Order scheduled a pre-motion conference for October 14, 2021, at 10:50 a.m. (Dkt. No. 128).  It is hereby

       **ORDERED**, that the pre-motion conference, if necessary, will take place on **October 14, 2021, at 10:50 a.m.** and not November 4, 2021, at 10:50 a.m.  The parties' attention is directed to the need for a pre-motion letter to avoid cancellation of the October 14, 2021, conference.

Dated: August 11, 2021
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE