# EXHIBIT B

***Figure 7***
***Ownership of HPL Common Shares, January 1, 2016 - March 31, 2017***

| | | |
|---|---:|---:|
| **The Chatterjee Group (TCG)** | **949,915,828** | **56.3%** |
| Chatterjee Petrochem Mauritius Company (CPMC) | 432,857,148 | 25.6% |
| Essex Development Investment (Mauritius) Limited (EDIL) | 260,000,000 | 15.4% |
| Winstar India Investment Company Limited | 127,400,000 | 7.5% |
| India Trade (Mauritius) Limited (ITML) | 107,142,852 | 6.3% |
| Other TCG Entities | 22,515,828 | 1.3% |
| West Bengal Industrial Development Corporation Limited (WBIDC) | 415,000,000 | 24.6% |
| Indian Oil Corporation Limited (IOCL) | 150,000,000 | 8.9% |
| Lenders | 128,022,704 | 7.6% |
| TATA Group | 45,000,000 | 2.7% |
| Total | 1,687,938,532 | 100.0% |

<u>Source</u>: Chatterjee Deposition, Exhibit 9A, TCG_0111192-94 at 92.

## V.     VALUATION

45.   As I will discuss, I estimate that the value of HPL's common equity was between INR 132 and INR 150 per share as of the Valuation Date. I obtain these estimates using the two valuation methods that I find the most reliable for estimating the value of HPL's common equity as of the Valuation Date: DCF analysis, and comparable companies multiple analysis using EV/EBITDA multiples. These two approaches are common and widely accepted analytical valuation methods.[103]

### A.     Approaches to Valuation

46.   Finance theory posits that the value of an asset equals the present value of its expected future cash flows. However, translating theory into practice requires careful analysis of all the factors relevant to the valuation at hand. Therefore, financial economists typically use a

---

[103]   For example, Aswath Damodaran, a well-known professor of finance at New York University ("NYU") who specializes in valuation, spends 17 weeks of his 26 week "Valuation" course teaching DCF ("Intrinsic Value") and comparable company multiples ("Relative Valuation") based methods. *See* Damodaran, Aswath, "Valuation" Course Syllabus, Spring 2021, available at http://people.stern.nyu.edu/adamodar/pdfiles/eqnotes/eqsyllspr21.pdf, p. 8.

total liabilities. The vast majority of WPPE's assets consisted of the fund's interests in HPL, which was listed on the balance sheet with a value of USD 17,186,665.74.[305]

168.  I understand that WPPE valued HPL shares at a carrying cost of INR 10 for the May 2017 final distribution. Therefore, I estimate the implied fair price of Manbro's investment in WPPE as follows. First, I estimate the fair price of WPPE's share in HPL by adjusting the value of HPL as USD 17,186,665.74 times the fair price per share of HPL's common equity in terms of INR, divided by INR 10. Second, I combine the fair price of WPPE's share in HPL with the values of other assets and liabilities listed on WPPE's balance sheets to compute the fair value of WPPE's total equity. Finally, I calculate the fair price of Manbro's interests in WPPE as Manbro's NAV % share multiplied by the fair price of WPPE's total equity.[306]

169.  As I discussed in Section V.D.6, my DCF valuation results in a value per HPL share of INR 145 based on the Management Projections,[307] and INR 132 based on the GT-Modified Projections.[308] As I discussed in Section V.E.2, my comparable company multiples valuation using EV/EBITDA multiples for the "close peers" set results in a range of INR 134 to INR 150 per HPL share.[309] Figure 18 below summarizes my estimates of the implied fair price of Manbro's WPPE interests based on my estimates of the fair price of HPL shares.

---

[305]    May 2017 Final Distribution NAV Calculation Spreadsheet, TCG_0003983, at cell F36 of "PE" tab.
[306]    I note that WPPE maintained two separate balance sheets named "PE(1)" and "PE(2)." HPL is listed on the asset side of the "PE(1)" balance sheet. At the time of final distribution, Manbro had 13.293 percent share of total equity in "PE(1)" balance sheet and 20.085 percent share of total equity in "PE(2)" balance sheet. *See* Exhibit 21.
[307]    Exhibit 12A.
[308]    Exhibit 12B.
[309]    Exhibit 16.

*Confidential*

**EXHIBIT 13**
**FINANCIAL INFORMATION OF HPL PEER COMPANIES**
**AS OF MARCH 31, 2017**

| Company Name | Country | Market Capitalization | Total Assets | Revenue | EBITDA | EBIT | Net Income | EBITDA Margin | Operating (EBIT) Margin |
|---|---|---|---|---|---|---|---|---|---|
| [A] | [B] | [C] | [D] | [E] | [F] | [G] | [H] | [I] | [J] |
| **Close Peers** | | | | | | | | | |
| **HPL-Named Close Peers** | | | | | | | | | |
| IRPC Public Co. Ltd. | Thailand | 3,061 | 5,058 | 5,311 | 604 | 438 | 264 | 11.4% | 8.2% |
| Lotte Chemical Corp. | South Korea | 11,166 | 14,971 | 13,001 | 3,308 | 2,699 | 1,905 | 25.4% | 20.8% |
| PT. Chandra Asri Petrochemical Tbk | Indonesia | 5,917 | 2,187 | 2,205 | 601 | 523 | 369 | 27.3% | 23.7% |
| **Other Close Peers** | | | | | | | | | |
| Asia Polymer Corp. | Taiwan | 305 | 481 | 199 | 32 | 24 | 24 | 16.1% | 12.3% |
| Korea Petrochemical Ind. Co. Ltd. | South Korea | 1,353 | 1,645 | 1,464 | 397 | 339 | 256 | 27.1% | 23.2% |
| Petkim Petrokimya Holding A.S. | Turkey | 2,086 | 2,000 | 1,430 | 300 | 265 | 258 | 21.0% | 18.6% |
| USI Corp. | Taiwan | 535 | 2,067 | 1,784 | 190 | 129 | 40 | 10.6% | 7.2% |
| **Haldia Petrochemicals Ltd. (HPL)** | India | - | 3,229 | 1,833 | 524 | 232 | 131 | 28.6% | 12.7% |
| **HPL percentile rank in:** | | | | | | | | | |
| HPL-Named Close Peers | - | - | 33.3% | 0.0% | 0.0% | 0.0% | 0.0% | 100.0% | 33.3% |
| Close Peers | - | - | 71.4% | 57.1% | 57.1% | 28.5% | 28.5% | 100.0% | 42.8% |

Notes:

In USD Millions.

All values converted from local currency to USD using exchange rate as of March 31, 2017. Exchange rates from S&P Capital IQ.

[A] *See* Exhibit 3 for peer company selection methodology and peer set definitions.

[B] - [D] For Close Peers:

    Data from S&P Capital IQ.

    For HPL:

        [B] *See* Schoar Report, Section IV, ¶ 19.

        [C] HPL was a privately held company as of March 31, 2017. *See* Schoar Report, Section IV, ¶ 19.

        [D] From source [2], at 918.

[E] - [H] For Close Peers:

    Data from S&P Capital IQ. All values calculated over last twelve months (LTM) as of March 31, 2017.

        [F] - [G] include equity income from affiliated companies.

    For HPL:

    All columns except [H] exclude "other income" of INR 2,940.98 million reported in source [2], at 919. This "other income" consists of investment income (*see* source [2], at 948), which is not included in revenue, EBIT, or EBITDA of peer companies obtained from S&P Capital IQ.

        [E] From source [2], at 919.

        [F] From source [2], at 779.

        [G] = [F] - INR 18,950.34 million "depreciation and amortisation expense" from source [2], at 919.

        [H] From source [2], at 919.

[I] = [F] / [E].

[J] = [G] / [E].

Sources:

[1] S&P Capital IQ

[2] HPL Annual Report for FY 2018, TCG_0016765-968.