UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MANBRO ENERGY CORPORATION,<br><br>            Plaintiff and Counter Defendant,<br><br>  -against-<br><br>CHATTERJEE ADVISORS, LLC, CHATTERJEE FUND MANAGEMENT, LP, CHATTERJEE MANAGEMENT COMPANY, d/b/a THE CHATTERJEE GROUP, and PURNENDU CHATTERJEE,<br><br>            Defendants and Counter Claimants. | 20 Civ. 3773 (LGS) |

**NOTICE OF MOTION OF KAL BLASSBERGER**
**TO WITHDRAW AS COUNSEL**

PLEASE TAKE NOTICE that, upon the accompanying Declaration, Kal Blassberger will move this Court, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, on a day and time to be determined by the Court, pursuant to this Court's Local Civil Rule 1.4, for leave to withdraw as counsel for Plaintiff-Counter Defendant.

PLEASE TAKE FURTHER NOTICE that other attorneys at Cleary Gottlieb Steen & Hamilton LLP will continue to be counsel of record for Plaintiff-Counter Defendant in this action.

Dated: New York, New York
      March 30, 2022

Respectfully submitted,

<u>/s/ Kal Blassberger</u>
Kal Blassberger
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2112
Facsimile: (212) 225-3999
kblassberger@cgsh.com

*Attorney for Plaintiff-Counter Defendant Manbro Energy Corporation*