UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MANBRO ENERGY CORPORATION,<br><br>    Plaintiff and Counter Defendant,<br><br> -against-<br><br>CHATTERJEE ADVISORS, LLC, CHATTERJEE FUND MANAGEMENT, LP, CHATTERJEE MANAGEMENT COMPANY, d/b/a THE CHATTERJEE GROUP, and PURNENDU CHATTERJEE,<br><br>    Defendants and Counter Claimants. | 20 Civ. 3773 (LGS) |

## **DECLARATION OF KAL BLASSBERGER**

I, Kal Blassberger, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am a member of the bar of the State of New York and am admitted to practice before the United States District Court for the Southern District of New York. On January 21, 2022, I appeared in the above-captioned case.

2. I respectfully submit this declaration pursuant to Local Civil Rule 1.4 of the Local Rules of the United States District Court for the Southern District of New York in support of my motion for leave to withdraw as counsel for Defendants in this action.

3. Following March 31, 2022, I will no longer be associated with Cleary Gottlieb Steen & Hamilton LLP ("Cleary Gottlieb").

4. Victor L. Hou, Joon H. Kim, Mark E. McDonald, and Rahul Mukhi from Cleary Gottlieb have also appeared in this action on behalf of the Plaintiff-Counter Defendant and will

continue to be counsel of record. Accordingly, no delay or prejudice to any party will result from my withdrawal.

    5.    No retaining or charging lien is being asserted.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
        March 30, 2022

Respectfully submitted,

*/s/ Kal Blassberger*
Kal Blassberger
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2112
Facsimile: (212) 225-3999
kblassberger@cgsh.com

*Attorney for Plaintiff-Counter Defendant Manbro Energy Corporation*