UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MANBRO ENERGY CORPORATION,<br><br>　　　　Plaintiff and Counter Defendant,<br><br>　-against-<br><br>CHATTERJEE ADVISORS, LLC, CHATTERJEE FUND MANAGEMENT, LP, CHATTERJEE MANAGEMENT COMPANY, d/b/a THE CHATTERJEE GROUP, and PURNENDU CHATTERJEE,<br><br>　　　　Defendants and Counter Claimants. | 20 Civ. 3773 (LGS) |

**PROPOSED ORDER**

Upon the motion for Kal Blassberger for leave to withdraw from this action as counsel for Plaintiff-Counter Defendant Manbro Energy Corporation, **IT IS HEREBY ORDERED:**

1. The motion is granted.

SO ORDERED.


Dated:

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge