UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MANBRO ENERGY CORPORATION,<br><br>        Plaintiff and Counter Defendant,<br><br>-against-<br><br>CHATTERJEE ADVISORS, LLC, CHATTERJEE FUND MANAGEMENT, LP, CHATTERJEE MANAGEMENT COMPANY, d/b/a THE CHATTERJEE GROUP, and PURNENDU CHATTERJEE,<br><br>        Defendants and Counter Claimants. | 20 Civ. 3773 (LGS) |

### PROPOSED ORDER

Upon the motion for Kal Blassberger for leave to withdraw from this action as counsel for Plaintiff-Counter Defendant Manbro Energy Corporation, **IT IS HEREBY ORDERED:**

1. The motion is granted.

SO ORDERED. The Clerk of Court is respectfully directed to terminate Kalman Blassberger's receipt of ECF notifications.


Dated: August 9, 2022

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**