UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MANBRO ENERGY CORPORATION,<br><br>        Plaintiff and Counter Defendant,<br><br>v.<br><br>CHATTERJEE ADVISORS, LLC,<br>CHATTERJEE FUND MANAGEMENT, LP,<br>CHATTERJEE MANAGEMENT COMPANY,<br>d/b/a THE CHATTERJEE GROUP, and<br>PURNENDU CHATTERJEE,<br><br>        Defendants and Counter Claimants. | No. 20 Civ. 3773 (LGS) |

### NOTICE OF CHANGE OF ADDRESS AND LAW FIRM AFFILIATION

PLEASE TAKE NOTICE that Randy M. Mastro, counsel of record for defendants Chatterjee Advisors, LLC; Chatterjee Fund Management, LP; Chatterjee Management Company, d/b/a The Chatterjee Group; and Purnendu Chatterjee (together, "Defendants"), is now a partner at the law firm of King & Spalding LLP and can be reached at the contact information provided below.

Mr. Mastro will continue to represent Defendants in the above-captioned action.

Dated: October 15, 2022
      New York, New York

                                          /s/ Randy M. Mastro
                                          Randy M. Mastro, Esq.
                                          KING & SPALDING LLP
                                          1185 Avenue of the Americas, 34th Floor
                                          New York, NY 10036-4003
                                          Tel.: (212) 556-2100
                                          Fax: (212) 556-2222
                                          RMastro@kslaw.com

                                          *Counsel for Defendants*