# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas, 34th Floor
New York, NY 10036-4003
Tel: +1 212 556 2100
Fax: +1 212 556 2222
www.kslaw.com

Mark A. Kirsch
Partner
Direct Dial: +1 212 790 5329
Direct Fax: +1 212 556 2222
MKirsch@kslaw.com

October 31, 2022

**VIA ECF**

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
(212) 805-0288

    Re: *Manbro Energy Corp. v. Chatterjee Advisors, LLC*, No. 20 Civ. 3773 (LGS) (S.D.N.Y.)

Dear Judge Schofield:

We write jointly as counsel for all parties in the above-referenced action. Pursuant to Paragraph IV.B.7 of Your Honor's Individual Rules and Procedures, we respectfully request copies of the Court's Trial Procedures and Jury Selection Procedures, which "will be made available before the trial." *Id.* As trial in this action is scheduled to begin on January 17, 2023, *see* Dkt. No. 225, we respectfully request copies of the Court's Trial Procedures and Jury Selection Procedures to allow both sides adequate time to review these procedures in advance of trial and prepare accordingly.

We thank the Court for its consideration of this request.

                        Respectfully,

| | |
|---|---|
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | KING & SPALDING LLP |
| */s/ Mark E. McDonald* | */s/ Mark A. Kirsch* |
| Joon H. Kim | Randy M. Mastro |
| Victor L. Hou | Mark A. Kirsch |
| Rahul Mukhi | Casey Kyung-Se Lee |
| Mark E. McDonald | 1185 Avenue of the Americas |
| One Liberty Plaza | 34th Floor |
| New York, NY 10006 | New York, NY 10036 |
| Tel. (212) 225-2000 | Tel. (212) 556-2100 |
| Fax (212) 225-3999 | Fax (212) 556-2222 |
| *Counsel for Plaintiff* | *Counsel for Defendants* |