# CLEARY GOTTLIEB STEEN & HAMILTON LLP

One Liberty Plaza
New York, NY 10006-1470
T: +1 212 225 2000
F: +1 212 225 3999

clearygottlieb.com

| AMERICAS | ASIA | EUROPE & MIDDLE EAST | |
| --- | --- | --- | --- |
| NEW YORK | BEIJING | ABU DHABI | LONDON |
| SAN FRANCISCO | HONG KONG | BRUSSELS | MILAN |
| SÃO PAULO | SEOUL | COLOGNE | PARIS |
| SILICON VALLEY | | FRANKFURT | ROME |
| WASHINGTON, D.C. | | | |

CRAIG B. BROD
NICOLAS GRABAR
RICHARD J. COOPER
JEFFREY S. LEWIS
PAUL J. SHIM
STEVEN L. WILNER
DAVID C. LOPEZ
MICHAEL A. GERSTENZANG
LEV L. DASSIN
JORGE U. JUANTORENA
MICHAEL D. WEINBERGER
DAVID LEINWAND
DIANA L. WOLLMAN
JEFFREY A. ROSENTHAL
MICHAEL D. DAYAN
CARMINE D. BOCCUZZI, JR.
JEFFREY D. KARPF
KIMBERLY BROWN BLACKLOW
FRANCISCO L. CESTERO
FRANCESCA L. ODELL
WILLIAM L. MCRAE
JASON FACTOR
JOON H. KIM
MARGARET S. PEPONIS
LISA M. SCHWEITZER
JUAN G. GIRÁLDEZ
DUANE MCLAUGHLIN
CHANTAL E. KORDULA
BENET J. O'REILLY
ADAM E. FLEISHER
SEAN A. O'NEAL
GLENN P. MCGRORY

MATTHEW P. SALERNO
MICHAEL J. ALBANO
VICTOR L. HOU
ROGER A. COOPER
LILLIAN TSU
AMY R. SHAPIRO
JENNIFER KENNEDY PARK
ELIZABETH LENAS
LUKE A. BAREFOOT
JONATHAN S. KOLODNER
DANIEL ILAN
MEYER H. FEDIDA
ADRIAN R. LEIPSIC
ELIZABETH VICENS
ADAM J. BRENNEMAN
ARI D. MACKINNON
JAMES E. LANGSTON
JARED GERBER
RISHI ZUTSHI
JANE VANLARE
AUDRY X. CASUSOL
ELIZABETH DYER
DAVID H. HERRINGTON
KIMBERLY R. SPOERRI
AARON J. MEYERS
DANIEL C. REYNOLDS
ABENA A. MAINOO
HUGH C. CONROY, JR.
JOHN A. KUPIEC
JOSEPH LANZKRON
MAURICE R. GINDI
KATHERINE R. REAVES

RAHUL MUKHI
ELANA S. BRONSON
MANUEL SILVA
KYLE A. HARRIS
LINA BENSMAN
ARON M. ZUCKERMAN
KENNETH S. BLAZEJEWSKI
MARK E. MCDONALD
F. JAMAL FULTON
PAUL V. IMPERATORE
CLAYTON SIMMONS
CHARLES W. ALLEN
JULIA L. PETTY
RESIDENT PARTNERS

JUDITH KASSEL
PENELOPE L. CHRISTOPHOROU
BOAZ S. MORAG
HEIDE H. ILGENFRITZ
ANDREW WEAVER
HELENA K. GRANNIS
JOHN V. HARRISON
MATTHEW BRIGHAM
EMILIO MINVIELLE
LAURA BAGARELLA
JONATHAN D.W. GIFFORD
SUSANNA E. PARKER
DAVID W.S. YUDIN
KARA A. HAILEY
ANNA KOGAN
BRANDON M. HAMMER
RESIDENT COUNSEL

D: +1 212 225 2333
memcdonald@cgsh.com

November 30, 2022

VIA ECF
The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *Manbro Energy Corp. v. Chatterjee Advisors, LLC, et al.*, No. 20-cv-3773 (LGS):
             Request to File Under Seal

Dear Judge Schofield:

    We respectfully write on behalf of Plaintiff Manbro Energy Corporation ("Plaintiff"), in accordance with Paragraph I.D.3 of Your Honor's Individual Rules, to request leave to file under seal Exhibits A-J, L, O-P, R-T, W and X to the Declaration of Mark E. McDonald in Support of Plaintiff's Motions *in Limine* ("McDonald Decl.") (collectively, the "Exhibits"), as well as Plaintiff's Motion *in Limine* No. 7 (the "Motion").   Parties and attorneys of record who should have access to the sealed documents are listed in Appendix A.

    Plaintiff makes this sealing request pursuant to Paragraph 11 of the Stipulation and Order of Confidentiality, dated October 21, 2020 (ECF No. 51) (the "Confidentiality Order").   The Exhibits and Motion contain Confidential Information or Discovery Material, as defined in the Confidentiality Order, including excerpts of deposition testimony and materials produced by Defendants in this case.   The Court earlier granted the parties' joint request to seal three of the Exhibits, including McDonald Decl. Exhibits R, T, and W.[1]   ECF No. 215 at 1 (Order); *see also* ECF No. 171 (Joint Letter Motion to Seal); ECF No. 216 (Weitzman Decl.).

---

[1] These documents were filed, respectively, as Exhibits 39 and 19 to the Declaration of Kal Blassberger in Support of Plaintiff's Motion for Partial Summary Judgment and in Opposition to Defendants' Motion for Summary Judgment (ECF No. 203), and Exhibit 31 to the Declaration of Avi Weitzman in Support of Defendants' Motion for Summary Judgment and Opposition to Plaintiff's Cross-Motion for Partial Summary Judgment (ECF No. 216) ("Weitzman Decl.").

The Honorable Lorna G. Schofield, p. 2

       Pursuant to Paragraph I.D.3 of Your Honor's Individual Rules, Plaintiff notes that it has no interest in confidential treatment of the information contained in the Exhibits and Motion and, therefore, absent objection by Defendants, would propose to file the Exhibits and Motion on the public docket without any redactions.  Should Defendants object to public filing and/or propose redactions, Plaintiff will of course be guided by the Court.

Respectfully Submitted,

*/s/ Mark E. McDonald*

Mark E. McDonald

cc:    All Counsel of Record (via ECF)

If Defendants seek to maintain under seal any of the documents addressed above, they shall file a letter motion stating the grounds for sealing by **January 5, 2023**, and otherwise the documents may be made public.  Defendants' letter shall address, if applicable, why any documents should be filed entirely under seal rather than redacted.

So Ordered.

Dated: January 3, 2023
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

The Honorable Lorna G. Schofield, p. 3

## Appendix A – Parties and Attorneys of Record

Parties

Manbro Energy Corporation

Chatterjee Advisors, LLC

Chatterjee Fund Management, LP

Chatterjee Management Company, d/b/a The Chatterjee Group

Purnendu Chatterjee


Cleary Gottlieb Steen & Hamilton LLP

Victor L. Hou

Mark E. McDonald

JD Colavecchio

Victoriya Levina


King & Spalding LLP

Randy M. Mastro

Mark A. Kirsch

Shaila Rahman Diwan

Casey Kyung-Se Lee