# CLEARY GOTTLIEB STEEN & HAMILTON LLP

One Liberty Plaza
New York, NY 10006-1470
T: +1 212 225 2000
F: +1 212 225 3999

clearygottlieb.com

**AMERICAS**
NEW YORK
SAN FRANCISCO
SÃO PAULO
SILICON VALLEY
WASHINGTON, D.C.

**ASIA**
BEIJING
HONG KONG
SEOUL

**EUROPE & MIDDLE EAST**
ABU DHABI    LONDON
BRUSSELS     MILAN
COLOGNE      PARIS
FRANKFURT    ROME

CRAIG B. BROD
NICOLAS GRABAR
RICHARD J. COOPER
JEFFREY S. LEWIS
PAUL J. SHIM
STEVEN L. WILNER
DAVID C. LOPEZ
MICHAEL A. GERSTENZANG
LEV L. DASSIN
JORGE U. JUANTORENA
MICHAEL D. WEINBERGER
DAVID LEINWAND
DIANA L. WOLLMAN
JEFFREY A. ROSENTHAL
MICHAEL D. DAYAN
CARMINE D. BOCCUZZI, JR.
JEFFREY D. KARPF
KIMBERLY BROWN BLACKLOW
FRANCISCO L. CESTERO
FRANCESCA L. ODELL
WILLIAM L. MCRAE
JASON FACTOR
JOON H. KIM
MARGARET S. PEPONIS
LISA M. SCHWEITZER
JUAN G. GIRÁLDEZ
DUANE MCLAUGHLIN
CHANTAL E. KORDULA
BENET J. O'REILLY
ADAM E. FLEISHER
SEAN A. O'NEAL
GLENN P. MCGRORY

MATTHEW P. SALERNO
MICHAEL J. ALBANO
VICTOR L. HOU
ROGER A. COOPER
LILLIAN TSU
AMY R. SHAPIRO
JENNIFER KENNEDY PARK
ELIZABETH LENAS
LUKE A. BAREFOOT
JONATHAN S. KOLODNER
DANIEL ILAN
MEYER H. FEDIDA
ADRIAN R. LEIPSIC
ELIZABETH VICENS
ADAM J. BRENNEMAN
ARI D. MACKINNON
JAMES E. LANGSTON
JARED GERBER
RISHI ZUTSHI
JANE VANLARE
AUDRY X. CASUSOL
ELIZABETH DYER
DAVID H. HERRINGTON
KIMBERLY R. SPOERRI
AARON J. MEYERS
DANIEL C. REYNOLDS
ABENA A. MAINOO
HUGH C. CONROY, JR.
JOHN A. KUPIEC
JOSEPH LANZKRON
MAURICE R. GINDI
KATHERINE R. REAVES

RAHUL MUKHI
ELANA S. BRONSON
MANUEL SILVA
KYLE A. HARRIS
LINA BENSMAN
ARON M. ZUCKERMAN
KENNETH S. BLAZEJEWSKI
MARK E. MCDONALD
F. JAMAL FULTON
PAUL V. IMPERATORE
CLAYTON SIMMONS
CHARLES W. ALLEN
JULIA L. PETTY
RESIDENT PARTNERS

JUDITH KASSEL
PENELOPE L. CHRISTOPHOROU
BOAZ S. MORAG
HEIDE H. ILGENFRITZ
ANDREW WEAVER
HELENA K. GRANNIS
JOHN V. HARRISON
MATTHEW BRIGHAM
EMILIO MINVIELLE
LAURA BAGARELLA
JONATHAN D.W. GIFFORD
SUSANNA E. PARKER
DAVID W.S. YUDIN
KARA A. HAILEY
ANNA KOGAN
BRANDON M. HAMMER
RESIDENT COUNSEL

D: +1 212 225 2333
memcdonald@cgsh.com

January 5, 2023

<u>VIA ECF</u>
The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

   Re: *Manbro Energy Corp. v. Chatterjee Advisors, LLC, et al.*, No. 20-cv-3773 (LGS)

Dear Judge Schofield:

  We write on behalf of Plaintiff Manbro Energy Corporation ("Plaintiff") pursuant to the Court's January 4, 2022 Order (ECF No. 295) directing Plaintiff to respond to Defendants' request to file under seal (i) Defendants' Memorandum of Law in Opposition to Plaintiff's Motion *in Limine* No. 7 (ECF No. 275), and (ii) Exhibits A-B and D-G to the Declaration of Mark A. Kirsch in Opposition to Plaintiff's Motions *in Limine* (ECF No. 277). Defendants note that they are not the parties "with an interest in confidential treatment" of information contained in Exhibits B and D-G. ECF No. 292. Plaintiff is cognizant of the standard for sealing, as cited in the Court's prior orders, *see, e.g.*, ECF No. 96, and accordingly does not oppose Exhibits D and E being filed on the public docket without redactions. However, Plaintiff respectfully requests that Exhibits B and F-G remain under seal, and that Defendants be ordered to file a redacted version of those Exhibits on the public docket.

  Exhibits B and F-G are excerpts from transcripts of the depositions of Chaya Slain, Jonathan McCloskey, and Joseph Cary, respectively (collectively, the "Excerpts") and contain "[i]nformation . . . that [Manbro] reasonably and in good faith believes contains or would disclose non-public, confidential, proprietary, financial, . . . or commercially sensitive information" ("Confidential Discovery Material"). ECF No. 51 § 1.3. These transcripts were designated as Confidential pursuant to the Stipulation and Order of Confidentiality, ECF No. 51 § 3.2(d), and the Excerpts reveal commercially sensitive, non-public, proprietary information regarding Parkwood LLC's investments and strategies that are unrelated to the investment at

Recipient
Recipient 2, p. 2

issue in the case at hand.  This information is properly regarded as confidential and subject to sealing.  See *Louis Vuitton Malletier S.A. v. Sunny Merchandise Corp.*, 97 F. Supp. 3d 485, 511 (S.D.N.Y. 2015) (granting redactions of confidential "business information and strategies"); *GoSmile, Inc. v. Dr. Jonathan Levine, D.M.D. P.C.*, 769 F. Supp. 2d 630, 649-50 (S.D.N.Y. 2011) (allowing sealing of documents "contain[ing] highly proprietary material concerning the defendants' marketing strategies, product development, costs and budgeting").  Additionally, the presumption of public access here is "relatively weak because much of it is not relevant to the judicial function, and the relevant portions are described in the publicly-filed memoranda of law," which have been filed on the public docket without redactions.  ECF No. 293.  Indeed, in their responses to Plaintiff's motions *in limine*, Defendants do not cite to any of the excerpts that Plaintiff proposes to redact.  Accordingly, Plaintiff respectfully requests that the Court direct Defendants to file redacted versions of the Excerpts, with the redactions proposed in Exhibits A-C hereto.

                Respectfully Submitted,

                */s/ Mark E. McDonald*

                Mark E. McDonald

cc: All Counsel of Record (via ECF)