# Exhibit B

Page 1

1                    SLAIN - 4/27/21

2              UNITED STATES DISTRICT COURT

3              SOUTHERN DISTRICT OF NEW YORK

4    ------------------------------

5    MANBRO ENERGY CORPORATION,
     individually and on behalf of
6    all those similarly situated

7                        Plaintiffs,
                                          Case No.
8    vs.                             20 Civ. 3773 (LGS)

9    CHATTERJEE ADVISORS, LLC,
     CHATTERJEE FUND MANAGEMENT, LP
10   CHATTERJEE MANAGEMENT COMPANY,
     d/b/a THE CHATTERJEE GROUP, and
11   PURNENDU CHATTERJEE,

12                       Defendants.
     ------------------------------
13

14

15              ***CONFIDENTIAL***

16

17   VIDEOTAPED REMOTE DEPOSITION OF CHAYA SLAIN

18              Tuesday, April 27, 2021

19

20

21

22

23

24   Reported by:  Susan S. Klinger, RMR-CRR, CSR

25   Job No. 193112

Page 42

```
 1                SLAIN - 4/27/21
 2   [redacted]
 3       A.   Yes.  So I would say that generally
 4   [redacted]
13       Q.   Is it fair to say that emerging
14   world investments are considered more risky
15   than investments in the developed world?
16       A.   I would say that the average
17   investor would agree with that statement.
18       Q.   Is it fair to say that emerging
19   world investments are often more volatile than
20   in the developed -- than developed world
21   investments?
22       A.   Yes.  I would say that the standard
23   deviation of public equity returns for emerging
24   market companies are generally higher than the
25   standard deviation of public equity returns and
```

Page 43

```
 1                SLAIN - 4/27/21
 2   developed world companies.
 3       Q.   We were talking about private equity
 4   as one of two -- one of the many portfolios
 5   that you were responsible for.  In the hedge
 6   fund space that you were responsible for, was
 7   there a target allocation for what percentage
 8   of your investments in hedge -- Parkwood's
 9   investments in hedge funds would have exposure
10   to emerging world companies?
11       A.   The exposures that we have with
12   them, the hedge fund and marketable
13   alternatives asset class was taken into
14   consideration when we were looking at the
15   entire portfolio.
16       Q.   Let me ask the question again
17   because I'm not sure that that answered it.
18            So what I'm trying to identify is
19   what was the target allocation for exposure to
20   the emerging world in the hedge fund
21   investments that Parkwood made.
22            MR. McDONALD:  Objection.
23       A.   Some of the hedge funds were
24   equities or correlated to equities.  And some
25   of those investments were considered part of
```

Page 44

```
 1                SLAIN - 4/27/21
 2   the allocation, and we did have some
 3   investments within the marketable alternatives
 4   that would have been considered exposure to
 5   emerging markets or developing markets,
 6   whatever you want to call them.
 7       Q.   Those equity investments, were they
 8   primarily listed on stock exchanges in the
 9   United States or London or Europe, but they
10   were -- those were companies that were located
11   in the developing world, but listed on stock
12   exchanges in the -- in the developed world?  Is
13   that -- is that what I'm understanding?
14       A.   We had exposure to both.  Both
15   securities that were traded on -- in the -- in
16   New York or London or emerging markets, we had
17   all of those types of exposures.
18       Q.   And did you have a target allocation
19   for what percentage of the hedge fund
20   investments would be exposed in the emerging
21   markets?
22       A.   [redacted]
```

Page 45

```
 1                SLAIN - 4/27/21
 2   [redacted]
14       Q.   [redacted]
18       A.   [redacted]
19       Q.   [redacted]
22            MR. McDONALD:  Objection.
23       A.   [redacted]
```

Page 314

```
SLAIN - 4/27/21
1
2              C E R T I F I C A T E
3
4       I, SUSAN S. KLINGER, a certified
5  shorthand reporter within and for the State
6  of Texas, do hereby certify:
7       That CHAYA SLAIN, the witness whose
8  deposition is hereinbefore set forth, was
9  duly sworn by me and that such deposition
10 is a true record of the testimony given by
11 such witness.
12      I further certify that I am not
13 related to any of the parties to this
14 action by blood or marriage; and that I am
15 in no way interested in the outcome of this
16 matter.
17      IN WITNESS WHEREOF, I have hereunto
18 set my hand this 28th of April, 2021.
19         [signature: Susan S. Klinger]
20         _____
21         Susan S. Klinger, RMR-CRR, CSR
22         Texas CSR# 6531
23
24
25
```

Page 315

```
1  SLAIN - 4/27/21
2  NAME OF CASE:  Manbro v. Chatterjee
3  DATE OF DEPOSITION:  April 27, 2021
4  NAME OF WITNESS:  Chaya Slain
5  Reason Codes:
6       1.  To clarify the record.
7       2.  To conform to the facts.
8       3.  To correct transcription errors.
9  Page____Line____Reason_____
10 From_____to_____
11 Page____Line____Reason_____
12 From_____to_____
13 Page____Line____Reason_____
14 From_____to_____
15 Page____Line____Reason_____
16 From_____to_____
17 Page____Line____Reason_____
18 From_____to_____
19 Page____Line____Reason_____
20 From_____to_____
21 Page____Line____Reason_____
22 From_____to_____
23 Page____Line____Reason_____
24 From_____to_____
25
```