# CLEARY GOTTLIEB STEEN & HAMILTON LLP

One Liberty Plaza
New York, NY 10006-1470
T: +1 212 225 2000
F: +1 212 225 3999

clearygottlieb.com

**AMERICAS**
NEW YORK
SAN FRANCISCO
SÃO PAULO
SILICON VALLEY
WASHINGTON, D.C.

**ASIA**
BEIJING
HONG KONG
SEOUL

**EUROPE & MIDDLE EAST**
ABU DHABI    LONDON
BRUSSELS     MILAN
COLOGNE      PARIS
FRANKFURT    ROME

CRAIG B. BROD
NICOLAS GRABAR
RICHARD J. COOPER
JEFFREY S. LEWIS
PAUL J. SHIM
STEVEN L. WILNER
DAVID C. LOPEZ
MICHAEL A. GERSTENZANG
LEV L. DASSIN
JORGE U. JUANTORENA
MICHAEL D. WEINBERGER
DAVID LEINWAND
DIANA L. WOLLMAN
JEFFREY A. ROSENTHAL
MICHAEL D. DAYAN
CARMINE D. BOCCUZZI, JR.
JEFFREY D. KARPF
KIMBERLY BROWN BLACKLOW
FRANCISCO L. CESTERO
FRANCESCA L. ODELL
WILLIAM L. MCRAE
JASON FACTOR
JOON H. KIM
MARGARET S. PEPONIS
LISA M. SCHWEITZER
JUAN G. GIRÁLDEZ
DUANE MCLAUGHLIN
CHANTAL E. KORDULA
BENET J. O'REILLY
ADAM E. FLEISHER
SEAN A. O'NEAL
GLENN P. MCGRORY

MATTHEW P. SALERNO
MICHAEL J. ALBANO
VICTOR L. HOU
ROGER A. COOPER
LILLIAN TSU
AMY R. SHAPIRO
JENNIFER KENNEDY PARK
ELIZABETH LENAS
LUKE A. BAREFOOT
JONATHAN S. KOLODNER
DANIEL ILAN
MEYER H. FEDIDA
ADRIAN R. LEIPSIC
ELIZABETH VICENS
ADAM J. BRENNEMAN
ARI D. MACKINNON
JAMES E. LANGSTON
JARED GERBER
RISHI ZUTSHI
JANE VANLARE
AUDRY X. CASUSOL
ELIZABETH DYER
DAVID H. HERRINGTON
KIMBERLY R. SPOERRI
AARON J. MEYERS
DANIEL C. REYNOLDS
ABENA A. MAINOO
HUGH C. CONROY, JR.
JOHN A. KUPIEC
JOSEPH LANZKRON
MAURICE R. GINDI
KATHERINE R. REAVES

RAHUL MUKHI
ELANA S. BRONSON
MANUEL SILVA
KYLE A. HARRIS
LINA BENSMAN
ARON M. ZUCKERMAN
KENNETH S. BLAZEJEWSKI
MARK E. MCDONALD
F. JAMAL FULTON
PAUL V. IMPERATORE
CLAYTON SIMMONS
CHARLES W. ALLEN
JULIA L. PETTY
    RESIDENT PARTNERS

JUDITH KASSEL
PENELOPE L. CHRISTOPHOROU
BOAZ S. MORAG
HEIDE H. ILGENFRITZ
ANDREW WEAVER
HELENA K. GRANNIS
JOHN V. HARRISON
MATTHEW BRIGHAM
EMILIO MINVIELLE
LAURA BAGARELLA
JONATHAN D.W. GIFFORD
SUSANNA E. PARKER
DAVID W.S. YUDIN
KARA A. HAILEY
ANNA KOGAN
BRANDON M. HAMMER
    RESIDENT COUNSEL

D: +1 212 225 2333
memcdonald@cgsh.com

January 13, 2023

VIA ECFR
The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Manbro Energy Corp. v. Chatterjee Advisors, LLC, et al.*, No. 20-cv-3773 (LGS)

Dear Judge Schofield:

We write on behalf of Plaintiff Manbro Energy Corporation ("Plaintiff") pursuant to the Court's January 9, 2022 Order (ECF No. 301) (the "Order") directing Plaintiff to "file a letter attaching unredacted versions of the exhibits" to the Declaration of Mark A. Kirsch in Opposition to Plaintiff's Motions *in Limine* (ECF No. 277) (the "Kirsch Declaration") "that Plaintiff agrees can be filed entirely on the public docket," and "address[ing] Plaintiff's position with respect to Exhibit A to the Kirsch Declaration."

With respect to exhibits that Plaintiff agrees can be filed entirely on the public docket, Plaintiff attaches unredacted versions of Exhibits D and E to the Kirsch Declaration as Exhibits 1 and 2 hereto.

As to Plaintiff's position with respect to Exhibit A to the Kirsch Declaration, Plaintiff notes that it is not the party "with an interest in confidential treatment" of information contained in the exhibit, Individual Rule I.D.3, and accordingly Plaintiff does not oppose Defendants' request to file this exhibit under seal.[1]

---

[1]   In the Order, the Court requests that Plaintiff attach an unredacted version of Exhibit A to the Kirsch Declaration "if Plaintiff agrees that exhibit can be filed entirely on the public docket."  For the reasons stated in this letter, and in light of Defendants' request that the exhibit be filed under seal (ECF No. 274), Plaintiff does not attach an unredacted version of Exhibit A to the Kirsch Declaration to this letter.

The Honorable Lorna G. Schofield, p. 2

Respectfully Submitted,

*/s/ Mark E. McDonald*

Mark E. McDonald

cc:   All Counsel of Record (via ECF)