# Exhibit E

| | | | |
|---|---|---|---|
| Firm: | Winston Partners | Activity Type: | Phone Call |
| Fund: | All Funds | Activity Date: | 7/5/2017 |
| Participants: | Chaya Slain and Rob Sherman | Date Added By: | Chaya Slain 7/5/2017 |

**call with PC Chatterjee**

Mark Aronowitz was also on the call but he didn't say anything. PC noted that they had suspended mgmt. fees for 15 years. Also that the company had been shut down for some time and they carried it at the same level. It was bought for 10 rupees. it was worth 0 rupees for some time and now he thinks it is worth 10 again. He explained that they did a restructuring and the Bengalese gov't sold its share and to satisfy lenders, they can't sell the company for 13 years. He also said that when they bought out the Bengalese govt at 25.1 rupees, it was more like 7 rupees because there were other parts of the deal. It was generally very difficult to understand what he was saying because he has a very thick Indian accent.
He also explained that he had been buying out investors at a discount to NAV for the last few years and decided to allow all investors out now at NAV. he said that of 30 remaining investors when they sent out the notice, there are only 3 that didn't sign. he explained that the waiver relieved investors of liabilities in the future such as tax liabilities. he said that to the extent that valuations changed on our docs, it was only exchange rate related but it has always been held at 10 rupees.
So he said a bunch of stuff that didn't matter at all in terms of fair valuation and fair marking of NAV. He claimed that the story that Indorama wants to buy a stake in Haldia is fake news and they are barred from selling their stake in HPL until 2029.

We ended the call with me requesting that they provide more detailed information on the company and also some kind of third party verification about the valuation. He said, "it will be difficult but I will see what I can do."

we plan on following up with Mark Aronowitz on this and also to ask for copies of docs.

Print

Confidential   MANBRO_00001810