UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MANBRO ENERGY CORPORATION, )<br>)<br>*Plaintiff,* )<br>)<br>v.                                                        )<br>)<br>CHATTERJEE ADVISORS, LLC, et al., )<br>)<br>*Defendants.* ) | Case No. 1:20-cv-03773-LGS |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Paul Weeks hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendants Chatterjee Advisors, LLC; Chatterjee Fund Management, LP; Chatterjee Management Company, d/b/a The Chatterjee Group; and Dr. Purnendu Chatterjee in the above-captioned action.

I am in good standing of the bars of the District of Columbia and Virginia, and there are no pending disciplinary proceedings against me in any state or federal court.  I have never been convicted of a felony.  I have never been censured, suspended, disbarred or denied admission or readmission by any court.  I have attached the affidavit pursuant to Local Rule 1.3.

Respectfully submitted this 17th day of February 2023.

*/s/ Paul Weeks*
Paul Weeks
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006-4707
Telephone: (202) 626-9256
Fax: (202) 626-3737
Email: pweeks@kslaw.com