```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
MANBRO ENERGY CORPORATION,                                  :
                                      Plaintiff,            :
                                                            :   20 Civ. 3773 (LGS)
            -against-                                       :
                                                            :           ORDER
CHATTERJEE ADVISORS, LLC, et al.,                           :
                                      Defendant.            :
                                                            :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on March 31, 2023, Defendants filed a motion for reconsideration of the Court's rulings on Plaintiff's motions in Limine Nos. 5 and 6; it is hereby

**ORDERED** that Plaintiff shall file a response to Defendant's motion for reconsideration of the Court's rulings on Plaintiff's motions in Limine Nos. 5 and 6 by **April 19, 2023.**

Dated: April 12, 2023
       New York, New York

*[signature]*

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE