UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
: 
MANBRO ENERGY CORPORATION, :
                               Plaintiff, :
:      20 Civ. 3773 (LGS)
         -against- :
:      ORDER
CHATTERJEE ADVISORS, LLC, et al., :
                            Defendants. :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on May 31, 2023, the Court ordered the parties to be ready to proceed with the trial on July 10, 2023, at 9:45 a.m.;

WHEREAS, juror availability is limited on July 10, 2023. It is hereby

**ORDERED** the parties shall be ready to begin the trial on July 11, 2023, at 9:45 a.m., instead. The Court will sit July 11, 2023, through July 13, 2023, that week.

Dated: June 29, 2023
      New York, New York

                                                    LORNA G. SCHOFIELD
                                                    UNITED STATES DISTRICT JUDGE